IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2342<br>: 12-MD-2342<br>:<br>: HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | : |
| *ALL ACTIONS* | : |

**ORDER**

**AND NOW**, this 5th day of April 2016, upon consideration of the Pfizer Defendants' Motion for Summary Judgment [MDL Doc. No. 1521], in which the Wolters Kluwer Defendants have joined [MDL Doc. No. 1525], and the arguments in support thereof and in opposition thereto, and for the reasons explained in the accompanying opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and:

1. Summary Judgment is **ENTERED** in favor of Defendants Pfizer, Inc., J.B. Roerig & Company, Pfizer International LLC, and Greenstone LLC and against Plaintiffs in all cases listed on Exhibit A;

2. Summary Judgment is **ENTERED** in favor of Defendants Wolters Kluwer Health, Inc. and Wolters Kluwer United States, Inc. and against Plaintiffs in all cases listed on Exhibit B; and

3. The Clerk is directed to **CLOSE** all cases in which summary judgment is entered **EXCEPT** for those cases listed on Exhibit C, in which claims against other Defendants remain pending.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

# EXHIBIT A

| | | |
|---|---|---|
| 1. | *Adams v. Pfizer, Inc.* | 14-2247 |
| 2. | *Allen v. Pfizer, Inc., et al.* | 13-7375 |
| 3. | *Amadio v. Pfizer, Inc.* | 11-3973 |
| 4. | *Amons v. Pfizer Inc., et al.* | 13-2737 |
| 5. | *Anderson v. Pfizer Inc.* | 12-2126 |
| 6. | *Asboe v. WKH, et al.* | 12-2686 |
| 7. | *Ascherman v. Pfizer, Inc.* | 15-530 |
| 8. | *Asphall v. Pfizer, Inc.* | 12-4091 |
| 9. | *Ball-Andrews v. Pfizer, Inc., et al.* | 12-5118 |
| 10. | *Pallaria v. Pfizer, Inc., et al.* | 12-5118 |
| 11. | *Root v. Pfizer, Inc., et al.* | 12-5118 |
| 12. | *Sturdivant v. Pfizer, Inc., et al.* | 12-5118 |
| 13. | *Farugia v. Pfizer, Inc., et al.* | 13-3234 |
| 14. | *Honn v. Pfizer, Inc., et al.* | 13-3234 |
| 15. | *Pardo v. Pfizer, Inc., et al.* | 13-3234 |
| 16. | *Schedlbauer v. Pfizer, Inc., et al.* | 13-3234 |
| 17. | *Thompson v. Pfizer, Inc., et al.* | 13-3234 |
| 18. | *Bassett et al v. Pfizer, Inc. et al* | 13-6296 |
| 19. | *Bell v. WKH, et al.* | 12-2754 |
| 20. | *Bell v. Pfizer, Inc. et al* | 14-716 |
| 21. | *Bell-Rumora v. Pfizer Inc.* | 12-2444 |
| 22. | *Bennett et al v. Pfizer Inc. et al* | 13-7129 |
| 23. | *Berg v. Pfizer Inc., et al.* | 13-724 |
| 24. | *Bishop v. Pfizer Inc. et al.* | 13-5945 |
| 25. | *Booker v. Pfizer Inc., et al.* | 13-2740 |
| 26. | *Boyd et al v. Pfizer Inc. et al* | 14-850 |
| 27. | *Branscome et al v. Pfizer Inc. et al.* | 14-620 |
| 28. | *Brodt v. Pfizer, Inc.* | 13-1883 |
| 29. | *Brodt v. Pfizer, Inc.* | 13-1882 |
| 30. | *Brooks v. Pfizer, Inc.* | 13-872 |
| 31. | *Brown v. Pfizer, Inc. et al* | 14-1329 |
| 32. | *Brownback v. Pfizer, Inc., et al.* | 13-3339 |
| 33. | *Bryan v. Pfizer Inc. et al.* | 13-5587 |
| 34. | *Buneta v. Pfizer, Inc.* | 14-279 |
| 35. | *Burnett v. Pfizer, Inc et al* | 14-2519 |

| | | |
|---|---|---|
| 36. | *Burton v. Pfizer, Inc. et al* | 14-6770 |
| 37. | *Byington v. Pfizer, Inc.* | 12-4577 |
| 38. | *Cable v. Pfizer Inc., et al.* | 13-4025 |
| 39. | *Carr v. Pfizer Inc. et al* | 15-2655 |
| 40. | *Case v. Pfizer, Inc. et al* | 14-6552 |
| 41. | *Casl v. WKH, et al.* | 12-247 |
| 42. | *Castello v. Pfizer Inc., et al.* | 13-2741 |
| 43. | *Castillo v. WKH, et al* | 12-243 |
| 44. | *Chapman et al v. Pfizer, Inc. et al* | 14-743 |
| 45. | *Chapman v. Pfizer Inc.* | 13-4807 |
| 46. | *Chatman v. Pfizer, Inc.* | 13-225 |
| 47. | *Chew v. Pfizer Inc., et al.* | 13-2723 |
| 48. | *Cho v. Pfizer Inc.* | 12-6664 |
| 49. | *Christianson v. WKH, et al.* | 12-216 |
| 50. | *Chumley et al v. Pfizer, Inc. et al* | 13-6240 |
| 51. | *Cipher v. Pfizer Inc. et al* | 14-5818 |
| 52. | *Clark v. Pfizer, Inc., et al.* | 13-1709 |
| 53. | *Cloin v. Pfizer, Inc.* | 12-2337 |
| 54. | *Cochran v. Pfizer, Inc.* | 13-900 |
| 55. | *Coffey et al v. Pfizer, Inc. et al* | 13-6353 |
| 56. | *Cokeley v. Pfizer, Inc. et al.* | 13-1166 |
| 57. | *Collins v. Pfizer, Inc.* | 12-3113 |
| 58. | *Combs v. Pfizer, Inc.* | 14-179 |
| 59. | *Coon v. Pfizer Inc., et al.* | 12-4711 |
| 60. | *Coronado v. Pfizer Inc., et al.* | 14-2490 |
| 61. | *Crabtree v. Pfizer, Inc.* | 13-365 |
| 62. | *D'Ambrosio v. Pfizer, Inc., et al.* | 13-341 |
| 63. | *Davis et al v. Pfizer, Inc. et al* | 13-6132 |
| 64. | *Demartini et al v. Pfizer, Inc.* | 14-2204 |
| 65. | *Demedio v. Pfizer, Inc., et al.* | 13-482 |
| 66. | *Dennison v. Pfizer, Inc.* | 13-593 |
| 67. | *Derome v. Pfizer Inc.* | 14-5590 |
| 68. | *DeShields v. Pfizer Inc.* | 13-7515 |
| 69. | *DeSimone v. Pfizer Inc., et al* | 12-2435 |
| 70. | *Becker v. Pfizer, Inc., et al.* | 12-5119 |
| 71. | *Currier v. Pfizer, Inc., et al.* | 12-5119 |

| 72.  | *Dorste v. Pfizer, Inc., et al.*    | 12-5119 |
|------|-------------------------------------|---------|
| 73.  | *George v. Pfizer, Inc., et al.*    | 12-5119 |
| 74.  | *Hardy v. Pfizer, Inc., et al.*     | 12-5119 |
| 75.  | *Hill v. Pfizer, Inc., et al.*      | 12-5119 |
| 76.  | *Martynuik v. Pfizer, Inc., et al.* | 12-5119 |
| 77.  | *Paris v. Pfizer, Inc., et al.*     | 12-5119 |
| 78.  | *Doyle v. Pfizer, Inc*              | 12-5371 |
| 79.  | *Dragon v. Pfizer, Inc.*            | 14-3114 |
| 80.  | *DuBois v. Pfizer, Inc.*            | 13-1224 |
| 81.  | *Greene v. Pfizer, Inc.*            | 13-6162 |
| 82.  | *Leff v. Pfizer, Inc.*              | 13-6162 |
| 83.  | *Leslie v. Pfizer, Inc.*            | 13-6162 |
| 84.  | *Parkinson v. Pfizer, Inc.*         | 13-6162 |
| 85.  | *Patterson v. Pfizer, Inc.*         | 13-6162 |
| 86.  | *Dundas v. Pfizer, Inc.*            | 13-3818 |
| 87.  | *Dyer et al v. Pfizer Inc. et al*   | 14-2342 |
| 88.  | *Easley v. Pfizer Inc.*             | 14-4482 |
| 89.  | *Ebright v. Pfizer, Inc.*           | 12-5678 |
| 90.  | *Emlen v. WKH, et al*               | 12-226  |
| 91.  | *Erol et al v. Pfizer, Inc. et al*  | 13-6915 |
| 92.  | *Falk v. WKH, et al.*               | 12-2750 |
| 93.  | *Favata v. Pfizer Inc., et al.*     | 12-5622 |
| 94.  | *Ferris v. Pfizer Inc.*             | 13-3963 |
| 95.  | *Flores v. Pfizer Inc.*             | 13-2733 |
| 96.  | *Floyd v. Pfizer Inc., et al*       | 13-54   |
| 97.  | *Franklin v. Pfizer Inc.*           | 13-2274 |
| 98.  | *Gallegos v. Pfizer,Inc.*           | 13-1019 |
| 99.  | *Gearhart v. Pfizer Inc., et al*    | 13-158  |
| 100. | *Gibbs v. Pfizer Inc et al*         | 14-2521 |
| 101. | *Gilcrest v. Pfizer, Inc.*          | 13-1282 |
| 102. | *Gillette v. Pfizer, Inc., et al.*  | 12-6772 |
| 103. | *Gilmore v. Pfizer Inc.*            | 13-2270 |
| 104. | *Godwin v. Pfizer Inc. et al*       | 13-4602 |
| 105. | *Goulet v. Pfizer Inc., et al*      | 12-2441 |
| 106. | *Graves v. pfizer, Inc.*            | 13-1072 |
| 107. | *Haddad v. Pfizer Inc.*             | 14-5331 |

| 108. | *Hammons v. Pfizer Inc., et al* | 12-6770 |
| 109. | *Beilke v. Pfizer, Inc., et al.* | 12-5122 |
| 110. | *Cox v. Pfizer, Inc., et al.* | 12-5122 |
| 111. | *Hardin v. Pfizer, Inc., et al.* | 12-5122 |
| 112. | *Havens v. Pfizer, Inc., et al.* | 12-5122 |
| 113. | *Markle v. Pfizer, Inc., et al.* | 12-5122 |
| 114. | *Haring v. Pfizer, Inc., et al* | 12-3485 |
| 115. | *Harrelson et al v. Pfizer Inc. et al* | 15-227 |
| 116. | *Harris et al. v. Pfizer Inc. et al.* | 14-685 |
| 117. | *Harrison v. Pfizer, Inc.* | 12-6448 |
| 118. | *Hart v. Pfizer, Inc.* | 13-1184 |
| 119. | *Hauguel et al v. Pfizer, Inc. et al* | 14-849 |
| 120. | *Hay v. Pfizer, Inc. et al* | 14-1379 |
| 121. | *Hayes v. Pfizer, Inc., et al* | 12-232 |
| 122. | *Hays v. WKH, et al.* | 12-233 |
| 123. | *Heronimus v. Wyeth, Inc et al.* | 12-2654 |
| 124. | *Hill v. Pfizer, Inc.* | 12-3186 |
| 125. | *Hopkins v. Pfizer et al* | 12-2218 |
| 126. | *Howard v. Pfizer, Inc. et al* | 13-7602 |
| 127. | *Howard v. Pfizer, Inc.* | 13-136 |
| 128. | *Hubbard et al v. Pfizer, Inc. et al* | 14-720 |
| 129. | *Hux v. Pfizer Inc. et al* | 15-2653 |
| 130. | *Iwasyszyn v. Pfizer, Inc.* | 12-4656 |
| 131. | *J.M. et al v. Pfizer, Inc. et al* | 15-875 |
| 132. | *Jackson v. Pfizer, Inc, et al.* | 13-2739 |
| 133. | *Jackson v. Pfizer, Inc., et al* | 12-1547 |
| 134. | *James v. Pfizer, Inc.., et al.* | 13-2736 |
| 135. | *Janssen v. Pfizer Inc. et al.* | 13-5943 |
| 136. | *Jay v. Pfizer, Inc.* | 12-4580 |
| 137. | *Jensen v. Pfizer, Inc.* | 13-282 |
| 138. | *Jimena v. Pfizer, Inc., et al.* | 12-2935 |
| 139. | *Johns v. Pfizer, Inc., et al.* | 13-3815 |
| 140. | *Johnson v. Pfizer, Inc.* | 13-1652 |
| 141. | *Johnson v. Pfizer, Inc., et al.* | 12-5779 |
| 142. | *Johnson v. Pfizer, Inc.* | 13-4786 |
| 143. | *Johnson v. Pfizer Inc.* | 13-7514 |

| 144. | *Johnson v. Pfizer Inc.* | 15-314 |
| --- | --- | --- |
| 145. | *Johnston v. WMH, et al.* | 12-2684 |
| 146. | *Jones-Hawkins v. Pfizer Inc., et al* | 13-3233 |
| 147. | *Jones v. Pfizer, Inc.* | 14-280 |
| 148. | *Jones v. Pfizer, Inc.* | 14-281 |
| 149. | *Kercher v. Pfizer Inc.* | 13-2282 |
| 150. | *Kinslow v. Pfizer, Inc. et al* | 13-901 |
| 151. | *Lands v. Pfizer, Inc. et al* | 14-0719 |
| 152. | *Lane v. Pfizer, Inc., et al.* | 13-3644 |
| 153. | *Daronco v. Pfizer, Inc., et al.* | 13-4366 |
| 154. | *Malouin v. Pfizer, Inc., et al.* | 13-4366 |
| 155. | *Leal v. Greenst. & Pfizer Inc.* | 13-2278 |
| 156. | *Lee et al v. Pfizer Inc. et al* | 14-745 |
| 157. | *Silva v. Pfizer, Inc., et al.* | 12-5121 |
| 158. | *Stephens-Gregal v. Pfizer, Inc., et al.* | 12-5121 |
| 159. | *Tinsley v. Pfizer, Inc., et al.* | 12-5121 |
| 160. | *Watts v. Pfizer, Inc., et al.* | 12-5121 |
| 161. | *Williamson v. Pfizer, Inc., et al.* | 12-5121 |
| 162. | *Leos et al. v. Pfizer Inc. et al.* | 14-605 |
| 163. | *Letizia-Reichley v. Pfizer Inc.* | 13-7525 |
| 164. | *Levada v. Pfizer Inc.* | 13-2285 |
| 165. | *Lewis v. Pfizer Inc.* | 12-2127 |
| 166. | *Lewis v. Pfizer, Inc.* | 12-6871 |
| 167. | *Lietdke-Hoar v. Pfizer, et al* | 13-2926 |
| 168. | *Lilly v. Pfizer, Inc., et al* | 14-2157 |
| 169. | *Logan v. Pfizer, Inc., et al.* | 13-3603 |
| 170. | *Long v. WKH, et al.* | 12-2595 |
| 171. | *Long v. Pfizer Inc.* | 11-3198 |
| 172. | *Lowes v. Pfizer Inc., et al.* | 12-2437 |
| 173. | *Lund v. Pfizer Inc. et al* | 12-6549 |
| 174. | *M.K.K. v. WKH, Inc., et al.* | 13-4653 |
| 175. | *Madison v. Pfizer, Inc.* | 12-3097 |
| 176. | *Malacara v. Pfizer Inc., et al* | 13-2716 |
| 177. | *Malek v. Pfizer, Inc. et al* | 13-2197 |
| 178. | *Mallory v. Pfizer, Inc.* | 12-2318 |
| 179. | *Mangine v. Pfizer, Inc., et al.* | 13-2720 |

| 180. | *Mapp v. WKH, et al.* | 12-235 |
| 181. | *Martin v. Pfizer Inc et al* | 14-2520 |
| 182. | *McClendon v. Pfizer, Inc.* | 15-569 |
| 183. | *McFarland v. Pfizer, Inc.* | 13-2978 |
| 184. | *McGoun v. WKH, et al.* | 12-2683 |
| 185. | *McKee v. Pfizer Inc. et al* | 13-137 |
| 186. | *McMonagle v. Pfzier, Inc., et al.* | 13-878 |
| 187. | *Mercier v. Pfizer, Inc. et al.* | 12-3685 |
| 188. | *Metcalf v. Pfizer Inc.* | 13-7521 |
| 189. | *Miller v. Pfizer, Inc.* | 13-1729 |
| 190. | *Mills v. Greenstone, LLC* | 14-1538 |
| 191. | *Minichini et al v. Pfizer, Inc. et al* | 13-6491 |
| 192. | *Mirones v. Pfizer Inc., et al.* | 13-4798 |
| 193. | *Mitchell et al v. Pfizer, Inc.* | 12-2446 |
| 194. | *Moore v. Pfizer. Inc., et al.* | 13-4112 |
| 195. | *Moore v. WKH, et al.* | 12-2711 |
| 196. | *Muhammad v. Pfizer, Inc.* | 13-1921 |
| 197. | *Myers et al v. Pfizer Inc et al* | 14-2341 |
| 198. | *N.A. v. Pfizer, Inc. et al* | 13-4365 |
| 199. | *Natola v. Pfizer Inc et al* | 14-2620 |
| 200. | *Nixon v. Pfizer Inc et al* | 13-138 |
| 201. | *Nolan v. Pfizer, Inc. et al* | 12-6665 |
| 202. | *Noriega v. Pfizer, Inc., et. Al* | 12-2798 |
| 203. | *Orellana et al. v. Pfizer Inc.* | 14-337 |
| 204. | *Paprocki v. Pfizer, Inc., et al.* | 12-5315 |
| 205. | *Parker v. Pfizer, Inc.* | 12-2447 |
| 206. | *Parsley v. WKH, et al* | 12-240 |
| 207. | *Patti v. WKH, et al.* | 12-2751 |
| 208. | *Paylor v. Pfizer, Inc., et al.* | 12-4646 |
| 209. | *Pazzo v. Pfizer Inc., et al.* | 13-1362 |
| 210. | *Peska v. Pfizer Inc.* | 12-2129 |
| 211. | *Peterlinz v. Pfizer Inc.* | 13-7512 |
| 212. | *Peterson v. Pfizer Inc., et al.* | 13-53 |
| 213. | *Petrosky v. Pfizer Inc.* | 13-2281 |
| 214. | *Phelps v. Pfizer Inc.* | 12-2128 |
| 215. | *Phillips v. Pfizer, Inc. et al* | 14-0715 |

| | | |
|---|---|---|
| 216. | *Posey v. Pfizer, Inc.* | 13-2280 |
| 217. | *Potts v. WKH, et al.* | 12-241 |
| 218. | *Prosser v. Pfizer, Inc.* | 12-3095 |
| 219. | *Puffer v. Pfizer Inc. et al* | 13-165 |
| 220. | *Pulcifer v. Pfizer Inc., et al.* | 13-2718 |
| 221. | *Ransdell v. Pfizer Inc. et al* | 14-5861 |
| 222. | *Rees v. Pfizer Inc. et al.* | 13-5944 |
| 223. | *Remsburg v. Pfizer, Inc.* | 12-5962 |
| 224. | *Richmond v. Pfizer Inc. et al* | 15-1677 |
| 225. | *Ridler v. Pfizer, Inc.* | 13-3167 |
| 226. | *Riviera-Thuener v. Pfizer, Inc. et al* | 14-5010 |
| 227. | *Rogers v. Pfizer, Inc.* | 13-1651 |
| 228. | *Rogers v. Pfizer, Inc. et al* | 13-4490 |
| 229. | *Rorick v. Pfizer, Inc., et al.* | 12-4089 |
| 230. | *Rosenberg v. Pfizer, Inc., et al.* | 13-2288 |
| 231. | *Rosenkranz v. WKH, et al.* | 12-246 |
| 232. | *Rousseau v. Pfizer Inc., et al.* | 12-2440 |
| 233. | *Russo v. Pfizer Inc. et al* | 13-140 |
| 234. | *S.C.R. et al v. Pfizer, Inc. et al* | 14-2185 |
| 235. | *Saville v. Pfizer, Inc. et al* | 13-166 |
| 236. | *Schroeder v. Pfizer, Inc.* | 13-342 |
| 237. | *Schulte v. WKH, et al.* | 12-2752 |
| 238. | *Schulze v. Pfizer, Inc.* | 14-284 |
| 239. | *Scordo v. Pfizer Inc. et al.* | 14-563 |
| 240. | *Seaton v. Pfizer, Inc.* | 13-4113 |
| 241. | *Sehorn v. Pfizer, Inc.* | 14-3702 |
| 242. | *Serrano v. Pfizer, Inc., et al.* | 12-2909 |
| 243. | *Shannon et al v. Pfizer Inc. et al* | 14-1112 |
| 244. | *Silva v. Pfizer, Inc. et al.* | 13-2719 |
| 245. | *Simmons v. Pfizer, Inc., et al.* | 13-817 |
| 246. | *Simpson v. WKH, et al.* | 12-2755 |
| 247. | *Slove v. Pfizer, Inc. et al* | 14-718 |
| 248. | *St. Pierre v. Pfizer, Inc., et al.* | 12-6079 |
| 249. | *Starr v. Pfizer, In.c* | 13-1322 |
| 250. | *Stephens et al v. Pfizer, Inc. et al* | 14-1262 |
| 251. | *Stephens v. Pfizer, Inc., et al.* | 13-2401 |

| | | |
|---|---|---|
| 252. | *Stevens v. Pfizer, Inc. et al* | 14-2843 |
| 253. | *Stewart v. Pfizer, Inc., et al.* | 12-2797 |
| 254. | *Stewart v. Pfizer, Inc. et al* | 14-4216 |
| 255. | *Stice v. Pfizer Inc.* | 13-7520 |
| 256. | *Sturman v. Pfizer Inc.* | 13-52 |
| 257. | *Swartz v. Pfizer, Inc.* | 13-308 |
| 258. | *Sweigart v. Pfizer, Inc. et al* | 15-261 |
| 259. | *Swindler v. Pfizer, Inc. et al* | 13-1287 |
| 260. | *Rutledge v. Pfizer, Inc., et al.* | 12-5123 |
| 261. | *Teach v. Pfizer Inc., et a.* | 13-2724 |
| 262. | *Tebo v. Pfizer, Inc., et al.* | 13-2292 |
| 263. | *Teed v. Pfizer Inc., et al.* | 13-139 |
| 264. | *Thomas v. Pfizer, Inc. et al* | 14-717 |
| 265. | *Thornton v. Pfizer, Inc.* | 13-4110 |
| 266. | *Tipton et al v. Pfizer, Inc et al* | 14-3367 |
| 267. | *Torres et al v. Pfizer, Inc. et al* | 12-3484 |
| 268. | *Trejo v. Pfizer, Inc., et al.* | 13-2730 |
| 269. | *Tunstall v. Pfizer, Inc.* | 14-3701 |
| 270. | *Turano v. Pfizer, Inc.* | 14-1907 |
| 271. | *Urban et al v. Pfizer, Inc. et al* | 13-6494 |
| 272. | *Vander Tuig v. Pfizer, Inc. et al* | 13-6238 |
| 273. | *Victor v. Pfizer, Inc., et al.* | 13-3452 |
| 274. | *Victorian v. Pfizer Inc., et al* | 13-572 |
| 275. | *Villarreal v. Pfizer, Inc.* | 13-2747 |
| 276. | *Walker v. Pfizer Inc., et al.* | 13-2732 |
| 277. | *Wasiela et al v. Pfizer Inc. et al* | 14-811 |
| 278. | *Weaver v. Pfizer, Inc.* | 12-3057 |
| 279. | *Webster v. Pfizer, Inc., et al.* | 13-2455 |
| 280. | *Weech v. Pfizer Inc., et al.* | 12-2439 |
| 281. | *Wellman v. Pfizer Inc.* | 13-2046 |
| 282. | *Wells v. WKH, et al.* | 12-2712 |
| 283. | *Wheeler v. Pfizer Inc. et al* | 13-141 |
| 284. | *Whiting v. Pfizer Inc. et al* | 14-2556 |
| 285. | *Wiebusch v. Pfizer Inc., et al* | 12-6712 |
| 286. | *Wills v. Pfizer Inc et al* | 15-391 |
| 287. | *Wilson v. Pfizer, Inc.* | 12-4088 |

| 288. | *Winningham v. WKH, et al* | 12-2710 |
| 289. | *Word v. Pfizer, Inc.* | 13-1270 |
| 290. | *Wurtz v. Pfizer Inc. et al* | 13-2727 |
| 291. | *Yocum v. Pfizer Inc. et al* | 13-2402 |
| 292. | *Young v. Pfizer Inc. et al* | 13-156 |
| 293. | *Young v. WKH, et al.* | 12-252 |
| 294. | *Zuwala v. Pfizer, Inc.* | 12-3096 |
| 295. | *Taylor v. Pfizer Inc.* | 13-1269 |
| 296. | *White v. McKesson Corporation et al* | 15-3290 |
| 297. | *Williams et al v. Pfizer, Inc. et al* | 15-3090 |
| 298. | *Farrington v. Pfizer, Inc.* | 15-3106 |
| 299. | *Stevens v. Pfizer, Inc.* | 15-3102 |
| 300. | *Wilson (K) v. Pfizer, Inc.* | 15-3105 |
| 301. | *Jelinek et al. v. Pfizer Inc., et al.* | 15-3195 |
| 302. | *Nin v. Pfizer, Inc., et al.* | 15-4065 |
| 303. | *Asby v. Pfizer, Inc., et al.* | 15-3524 |
| 304. | *Moore (A) v. Pfizer, Inc., et al.* | 15-3670 |
| 305. | *Phillips (C) v. Pfizer, Inc. et al* | 15-4895 |
| 306. | *Pruett v. Pfizer Inc.* | 15-5861 |
| 307. | *Matthews v. Pfizer, Inc., et al.* | 15-5905 |
| 308. | *Ray v. Pfizer, Inc.* | 15-5998 |
| 309. | *Avery v. Pfizer Inc., et al.* | 15-6292 |
| 310. | *Fidler et al. v. Pfizer Inc., et al.* | 15-3863 |
| 311. | *Huff et al. v. Pfizer Inc., et al.* | 15-4196 |

**EXHIBIT B**

| 1. | *Asboe v. Wolters Kluwer Health, Inc., et al.* | 12-2686 |
|---|---|---|
| 2. | *Bell v. Wolters Kluwer Health, Inc., et al.* | 12-2754 |
| 3. | *Castillo v. Wolters Kluwer Health, Inc., et al.* | 12-243 |
| 4. | *Christianson v. Wolters Kluwer Health, Inc., et al.* | 12-216 |
| 5. | *Emlen v. Wolters Kluwer Health, Inc., et al.* | 12-226 |
| 6. | *Falk v. Wolters Kluwer Health, Inc., et al.* | 12-2750 |
| 7. | *Hayes v. Wolters Kluwer Health, Inc., et al.* | 12-232 |
| 8. | *Hays v. Wolters Kluwer Health, Inc., et al.* | 12-233 |
| 9. | *Heronimus v. Wolters Kluwer Health, Inc., et al.* | 12-2654 |
| 10. | *Johnston v. Wolters Kluwer Health, Inc., et al.* | 12-2684 |
| 11. | *Kelly v. Wolters Kluwer Health, Inc., et al.* | 13-4653 |
| 12. | *Logan v. Wolters Kluwer Health, Inc., et al.* | 13-3603 |
| 13. | *Mapp v. Wolters Kluwer Health, Inc., et al.* | 12-235 |
| 14. | *P. Moore v. Wolters Kluwer Health, Inc., et al.* | 12-239 |
| 15. | *Parsley, III v. Wolters Kluwer Health, Inc., et al.* | 12-240 |
| 16. | *Patti v. Wolters Kluwer Health, Inc., et al.* | 12-2751 |
| 17. | *Rosenkranz v. Wolters Kluwer Health, Inc., et al.* | 12-246 |
| 18. | *Schulte v. Wolters Kluwer Health, Inc., et al.* | 12-2752 |
| 19. | *Simpson v. Wolters Kluwer Health, Inc., et al.* | 12-2755 |
| 20. | *Wells v. Wolters Kluwer Health, Inc., et al.* | 12-2712 |
| 21. | *Winningham v. Wolters Kluwer Health, Inc., et al.* | 12-2710 |
| 22. | *Young v. Wolters Kluwer Health, Inc., et al.* | 12-252 |

**EXHIBIT C**

| | | |
|---|---|---|
| 1. | *Allen v. Pfizer, Inc., et al.* | 13-7375 |
| 2. | *Farugia v. Pfizer, Inc. et al.* | 13-3234 |
| 3. | *Gallagher v. Pfizer, Inc. et al.* | 13-3234 |
| 4. | *Honn v. Pfizer, Inc. et al.* | 13-3234 |
| 5. | *Pardo v. Pfizer, Inc. et al.* | 13-3234 |
| 6. | *Schedlbauer v. Pfizer, Inc. et al.* | 13-3234 |
| 7. | *Thompson v. Pfizer, Inc. et al.* | 13-3234 |
| 8. | *Boyd et al v. Pfizer Inc. et al.* | 14-850 |
| 9. | *Greene v. Pfizer, Inc. et al.* | 13-6162 |
| 10. | *Leff v. Pfizer, Inc. et al.* | 13-6162 |
| 11. | *Leslie v. Pfizer, Inc. et al.* | 13-6162 |
| 12. | *McDowell v. Pfizer, Inc. et al.* | 13-6162 |
| 13. | *Parkinson v. Pfizer, Inc. et al.* | 13-6162 |
| 14. | *Patterson v. Pfizer, Inc. et al.* | 13-6162 |
| 15. | *Graves v. Pfizer, Inc.* | 13-1072 |
| 16. | *Haring v. Pfizer, Inc., et al.* | 12-3485 |
| 17. | *Hopkins v. Pfizer et al.* | 12-2218 |
| 18. | *J.M. et al v. Pfizer, Inc. et al.* | 15-875 |
| 19. | *Remsburg v. Pfizer, Inc.* | 12-5962 |
| 20. | *White v. McKesson Corporation et al.* | 15-3290 |
| 21. | *Nin v. Pfizer, Inc., et al.* | 15-4065 |
| 22. | *Pruett v. Pfizer Inc.* | 15-5861 |
| 23. | *Fidler et al. v. Pfizer Inc., et al.* | 15-3863 |